# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| JOHN MARTIN, | : | Case No. 15-45600 |
| | : | |
| Debtor. | : | |
| _____ | : | |

## WITHDRAWAL OF CLAIM

     Carrollton Trust UTD 011113 hereby withdraws its Amended Proof of Claim No. 1, filed on April 25, 2016, without prejudice, due to an incorrect attachment.  A further Amended Proof of Claim with the correct attachment will be filed.


Dated:  April 25, 2016

/s/ Gerald A. LeMoine
Gerald A. LeMoine, Trustee
Carrollton Trust UTD 011113
13210 Harbor Blvd., #149
Garden Grove, CA 92843