# Ortiz & Ortiz, L.L.P.
Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz                                                                              Tel. (718) 522-1117
Norma E. Ortiz✶                                                                         Fax (718) 596-1302
_____                                                                            email@ortizandortiz.com

Martha de Jesus✶

✶ (Admitted in New York and New Jersey)

June 3, 2016

**VIA ECF**

Hon. Nancy Hershey Lord
U.S. Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

> **Re:    John Martin, Chapter 13**
> **Case No.: 15-45600 (NHL)**
>
> **Letter Adjourning Hearing on Motion to Avoid**
> **a Lien Held by Carrolton Trust UTD 011113**
> **from June 15, 2016, at 9:30 a.m. to July 12,**
> **2016, at 2:30 p.m.**

Dear Judge Lord:

    I write to confirm the adjournment of the above-referenced hearing from June 15, 2016, at 9:30 a.m., to July 12, 2016, at 2:30 p.m.

    Thank you.

                                                        Very truly yours,

                                                        */s/ Norma E. Ortiz, Esq.*

                                                        Norma E. Ortiz, Esq.